# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 13-8860-WDK (PLAx)                                          Date December 8, 2014

Title:   J & J Sports Productions, Inc. v.  Daniel Ramirez Jimenez

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
                    NONE                                              NONE

PROCEEDINGS:          (ORDER TO SHOW CAUSE)

By Order dated April 23, 2014, the parties were advised that a mediation must be concluded no later than January 19, 2015.  On June 25, 2014, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, December 5, 2014, at 2:00 p.m.  A Mediation Report was filed on December 5, 2014, by the ADR Director, indicating that defendant or defendant's representative failed to appear at the scheduled mediation.  Accordingly, **defendant is ordered to show cause, no later than December 15, 2014, why monetary sanctions should not be imposed on defendant for failure to comply with this Court's April 23, 2014, Order.**

cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record

Initials of Deputy Clerk   ch