JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 13-08860 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **DANIEL RAMIREZ JIMENEZ,** | |
| Defendant. | |

    Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Daniel Ramirez Jimenez, individually and d/b/a D & D Auto Repair, upon the Court's grant of summary judgment in favor of plaintiff.

    IT IS HEREBY ORDERED AND ADJUDGED:

    1. Defendant Daniel Ramirez Jimenez, individually and d/b/a D & D Auto Repair, shall pay the plaintiff, J & J Sports Productions, Inc., $5,500.00 in total damages.

///
///
///
///

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendant or the pro se defendant in this matter.

Dated: August 4, 2015

_____
William Keller
United States District Judge